UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRISTIAN SANCHEZ, *on behalf of himself and all others similarly situated*,

            Plaintiff,

v.

V SHRED, LLC,

            Defendant.

No. 21-CV-4590 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On November 16, 2021, Defendant filed a letter motion seeking to stay discovery pending a decision on its motion for judgment on the pleadings. Dkt. 19. Having considered the relevant factors in deciding whether to stay discovery pending a dispositive motion—the strength of the dispositive motion, the breadth of discovery sought and the burden of responding to it, and prejudice to the party opposing the stay, *see Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002)—the Court finds that a stay is appropriate here. Accordingly, discovery in this action is hereby stayed pending further order of the Court.

SO ORDERED.

Dated:    November 29, 2021
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge