UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

V SHRED LLC

Defendant.

Case No: 1:21-cv-04590-RA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   New York, New York
         December 6, 2021

By: _____
Joseph H. Mizrahi, Esq.
Mizrahi Kroub LLP
200 Vesey Street, 24th Fl.
New York, NY 10281
jmizrahi@mizrahikroub.com

*Attorneys for Plaintiff*

By: _____
Ross Michael Greenky, Esq.
Barclay Damon LLP
125 East Jefferson Street
Syracuse, NY 13202
rgreenky@barclaydamon.com

*Attorneys for Defendant*

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
12/10/2021